# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TERRI DESALVO,**

    **Plaintiff,**

**v.**                                                               Case No:   6:14-cv-216-Orl-31GJK

**SUNSTATE TOWING, LLC and**
**JONATHAN RAMDHAN,**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' memoranda regarding liquidated damages (Doc. 73, 74) in this FLSA case.

On May 5, 2015, the jury returned a verdict for the Plaintiff and against the Defendants. By stipulation of the parties, the Plaintiff's damages for unpaid overtime were set at $9,750. Pursuant to 29 U.S.C. § 216(b), an equal amount is due as liquidated damages, unless the employer demonstrates subjective good faith and an objectively reasonable basis to believe that its conduct did not violate the Act.  *See Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259, 1272 (11th Cir. 2008).   Upon review of the parties' submissions, the Court finds that the Defendants have failed to make the necessary showing.   Accordingly, it is

**ORDERED** that judgment be entered for the Plaintiff and against both Defendants in the sum of $19,500 ($9,750 x 2), plus taxable costs and attorneys' fees.   And it is further

**ORDERED** that the Plaintiff shall file her application for attorneys' fees with supporting documentation by May 29, 2015.   The Defendant's response is due on or before June 12, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2015.

                                                                                    GREGORY A. PRESNELL
                                                                                    UNITED STATES DISTRICT JUDGE